To The Clerk:

40,706-05

Hi my name is Peter J. Smith TDCJ-ID #1208024 and I'm currently incarcerated in the Texas Department of Justice, serving a 40 yr sentence for Agg. Robbery. To the point of this letter I would like to ask for permission to present my claim of denial of right to appeal and ineffective assistance of counsel to the ~~Texas~~ Supreme court of Texas The court of Criminal Appeals. I've exhausted all my remedies and have ~~not know~~ no proper avenue ~~to~~ pursue relief for my claims, which are constitutional violations and I have recently recieved new evidence to help me better present my case.

I was sentence to 40 yrs. in Harris County Texas in the 174th District court of trial court cause #923412 and immediately appealed after my Dec. 4, sentencing in 2003. Appeals attorney Sanford Melamed was appointed by the court to represent me 55 days later on Jan. 30 of 2004, 21 days after I was shipped to TDC on Jan. 9 of 2004. Mr. Melamed never contacted me, never served me with briefs filed on direct review or PDR. He also supplemented records on June 23rd of 2004 and failed to notify me of this ~~fact~~ or to consult me about inclusion for supplemented records. (First court of Appeals cause #01-03-01264-CR) TDCJ mail records will prove he never consulted with me at all on appeal or ever for that matter. I've just purchased supplemental records from the first court of appeals so now I have new evidence to help me better present my claim and would like to ask this court for per~~RECEIVED IN~~ file a motion or to be granted another bite of the appeal ~~COURT OF CRIMINAL APPEALS~~ on M.O.T. Thank you in Advance.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

Sincerly & Respectfully,

Peter J Smith

11-17-15

Peter Smith
TDCJ-ID # 1208024
Connally Unit
899 FM 632
Kenedy Tx. 78119